**Onbe, Inc.**
375 Park Ave
Fl 11
New York, NY 10152

paylocity

Direct Deposit Advice

**Check Date**
December 31, 2025

**Voucher Number**
42560

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ADVANCIAL S FEDERAL CR | | ***2101 | 4,684.17 |
| **Total Direct Deposits** | | | **4,684.17** |

147306    Delivery-AM-Dallas    1000269    42560    34533    147306

**Yulia Lukyanchenko**
9002 Stone Creek Pl
Dallas, TX  75243

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Onbe, Inc.

**Yulia Lukyanchenko**                                                                                              **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **1000269** | Fed Taxable Income | **5,480.89** | Voucher Number | **42560** |
| Location | **Delivery-AM-Dal** | Fed Filing Status | **M** | Net Pay | **4,684.17** |
| Salary | **$6,041.67** | State Filing Status | | Total Hours Worked | **86.67** |
| | | | | Check Date | **December 31, 2025** |
| | | Period Beginning | **December 16, 2025** | | |
| | | Period Ending | **December 31, 2025** | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 242.15 | 484.30 |
| Gift Card | | | | 0.00 |
| GROUP TE | | 0.00 | 12.00 | 24.00 |
| HSA EMPL | | | | 166.67 |
| Regular | 69.71 | 86.67 | 6,041.67 | 24,166.68 |
| **Gross Earnings** | | **86.67** | **6,053.67** | **24,357.35** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 337.65 | 1,602.62 |
| MED | 84.74 | 344.68 |
| SS | 362.33 | 1,473.82 |
| TX | 0.00 | 0.00 |
| **Taxes** | **784.72** | **3,421.12** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 363.22 | 726.44 |
| Dental Ins | 23.88 | 47.76 |
| Gift Card | | 0.00 |
| GROUP TERM LIFE CALCULA | 12.00 | 24.00 |
| HSA EMPLOYER CONTRIB | | 166.67 |
| Medical Ins | 185.68 | 371.36 |
| **Deductions** | **584.78** | **1,336.23** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ADVANCIAL FEDERAL CREDIT UNION | S | ***2101 | 4,684.17 |
| **Total Direct Deposits** | | | **4,684.17** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Bereaveme | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 |
| Open | 0.00 | 0.00 |
| Sick Open | 0.00 | 0.00 |

Onbe, Inc. | 375 Park Ave Fl 11  New York, NY 10152 | 224-572-8785 | FEIN: 85-4102472 | TX: 20-327076-3

**Onbe, Inc.**
375 Park Ave
Fl 11
New York, NY 10152

Direct Deposit Advice

**Check Date**
December 15, 2025

**Voucher Number**
41376

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ADVANCIAL S FEDERAL CR | | ***2101 | 4,684.17 |
| **Total Direct Deposits** | | | **4,684.17** |

147306   Delivery-AM-Dallas   1000269   41376   33497   147306

**Yulia Lukyanchenko**
9002 Stone Creek Pl
Dallas, TX  75243

Non Negotiable - This is not a check - Non Negotiable

## Onbe, Inc.

**Earnings Statement**

**Yulia Lukyanchenko**

| | | | |
|---|---|---|---|
| Employee ID | **1000269** | Fed Taxable Income | **5,480.89** |
| Location | **Delivery-AM-Dal** | Fed Filing Status | **M** |
| Salary | **$6,041.67** | State Filing Status | |

| | |
|---|---|
| Check Date | **December 15, 2025** |
| Period Beginning | **December 1, 2025** |
| Period Ending | **December 15, 2025** |

| | |
|---|---|
| Voucher Number | **41376** |
| Net Pay | **4,684.17** |
| Total Hours Worked | **86.67** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 242.15 | 242.15 |
| GROUP TE | | 0.00 | 12.00 | 12.00 |
| HSA EMPL | | 0.00 | 166.67 | 166.67 |
| Regular | 69.71 | 86.67 | 6,041.67 | 18,125.01 |
| **Gross Earnings** | | **86.67** | **6,220.34** | **18,303.68** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 337.65 | 1,264.97 |
| MED | 84.74 | 259.94 |
| SS | 362.33 | 1,111.49 |
| TX | 0.00 | 0.00 |
| **Taxes** | **784.72** | **2,636.40** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 363.22 | 363.22 |
| Dental Ins | 23.88 | 23.88 |
| GROUP TERM LIFE CALCULA | 12.00 | 12.00 |
| HSA EMPLOYER CONTRIB | 166.67 | 166.67 |
| Medical Ins | 185.68 | 185.68 |
| **Deductions** | **751.45** | **751.45** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ADVANCIAL FEDERAL CREDIT UNION | S | ***2101 | 4,684.17 |
| **Total Direct Deposits** | | | **4,684.17** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Bereaveme | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 |
| Open | 0.00 | 0.00 |
| Sick Open | 0.00 | 0.00 |

**Onbe, Inc.**
375 Park Ave
Fl 11
New York, NY 10152

Direct Deposit Advice

**Check Date**
November 28, 2025

**Voucher Number**
40949

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ADVANCIAL FEDERAL CR | S | ***2101 | 5,115.83 |
| **Total Direct Deposits** | | | **5,115.83** |

147306    Delivery-AM-Dallas    1000269    40949    33150    147306

**Yulia Lukyanchenko**
9002 Stone Creek Pl
Dallas, TX  75243

Non Negotiable - This is not a check - Non Negotiable

---

**Non Negotiable - This is not a check - Non Negotiable**

### Onbe, Inc.

**Yulia Lukyanchenko**                                                                           **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **1000269** | Fed Taxable Income | **6,041.67** | |
| Location | **Delivery-AM-Dal** | Fed Filing Status | **M** | |
| Salary | **$6,041.67** | State Filing Status | | |

| Check Date | **November 28, 2025** |
| Period Beginning | **November 16, 2025** |
| Period Ending | **November 30, 2025** |

| Voucher Number | **40949** |
| Net Pay | **5,115.83** |
| Total Hours Worked | **86.67** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 69.71 | 86.67 | 6,041.67 | 12,083.34 |
| **Gross Earnings** | | **86.67** | **6,041.67** | **12,083.34** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 463.66 | 927.32 |
| MED | 87.60 | 175.20 |
| SS | 374.58 | 749.16 |
| TX | 0.00 | 0.00 |
| **Taxes** | **925.84** | **1,851.68** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| ADVANCIAL FEDERAL CREDIT UNION | S | ***2101 | 5,115.83 |
| **Total Direct Deposits** | | | **5,115.83** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Bereaveme | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 |
| Open | 0.00 | 0.00 |
| Sick Open | 0.00 | 0.00 |

Onbe, Inc. | 375 Park Ave Fl 11  New York, NY 10152 | 224-572-8785 | FEIN: 85-4102472 | TX: 20-327076-3

**Onbe, Inc.**
375 Park Ave
Fl 11
New York, NY 10152

**Direct Deposit Advice**

**Check Date**
November 14, 2025

**Voucher Number**
40527

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ADVANCIAL FEDERAL CR | S | ***2101 | 5,115.83 |
| **Total Direct Deposits** | | | **5,115.83** |

147306    Delivery-AM-Dallas    1000269    40527    32805    147306

**Yulia Lukyanchenko**
9002 Stone Creek Pl
Dallas, TX  75243

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Onbe, Inc.

**Yulia Lukyanchenko**                                                                **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **1000269** | Fed Taxable Income | **6,041.67** | |
| Location | **Delivery-AM-Dal** | Fed Filing Status | **M** | |
| Salary | **$6,041.67** | State Filing Status | | |

| | |
|---|---|
| Check Date | **November 14, 2025** |
| Period Beginning | **November 1, 2025** |
| Period Ending | **November 15, 2025** |

| | |
|---|---|
| Voucher Number | **40527** |
| Net Pay | **5,115.83** |
| Total Hours Worked | **86.67** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 69.71 | 86.67 | 6,041.67 | 6,041.67 |
| **Gross Earnings** | | **86.67** | **6,041.67** | **6,041.67** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 463.66 | 463.66 |
| MED | 87.60 | 87.60 |
| SS | 374.58 | 374.58 |
| TX | 0.00 | 0.00 |
| **Taxes** | **925.84** | **925.84** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| ADVANCIAL FEDERAL CREDIT UNION | S | ***2101 | 5,115.83 |
| **Total Direct Deposits** | | | **5,115.83** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Bereaveme | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 |
| Open | 0.00 | 0.00 |
| Sick Open | 0.00 | 0.00 |

Onbe, Inc. | 375 Park Ave Fl 11  New York, NY 10152 | 224-572-8785 | FEIN: 85-4102472 | TX: 20-327076-3