| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jared Morgan<br>First Name　Middle Name　Last Name | Social Security number or ITIN: xxx–xx–0698<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Yulia Lukyanchenko<br>First Name　Middle Name　Last Name | Social Security number or ITIN: xxx–xx–8886<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Northern District of Texas | | Date case filed for chapter: 7　1/14/26 |
| Case number: 26–40189–mxm7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　10/20

10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jared Morgan | Yulia Lukyanchenko |
| 2. | **All other names used in the last 8 years** | | aka Yuliya Lukyanchenko |
| 3. | **Address** | 9002 Stone Creek Pl<br>Dallas, TX 75243 | 9002 Stone Creek Pl<br>Dallas, TX 75243 |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Laurie Dahl Rea<br>Rochelle McCullough LLP<br>300 Throckmorton Street<br>Ste 520<br>Fort Worth, TX 76102 | Contact phone 817–347–5260 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline Set**　page **1**

Debtor **Jared Morgan** and **Yulia Lukyanchenko**     Case number **26–40189–mxm7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street <br> Fort Worth, TX 76102 | Hours open: <br> Mon.–Fri. 8:30–4:30 <br><br> Contact phone 817–333–6000 <br><br> Date: 1/14/26 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 17, 2026 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 418 645 6820, and Passcode 5413671220, OR call 1–469–218–8239** <br><br> For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/20/26** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                          Case No. 26-40189-mxm
Jared Morgan                                                                                    Chapter 7
Yulia Lukyanchenko
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 3
Date Rcvd: Jan 14, 2026      Form ID: 309A      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared Morgan, Yulia Lukyanchenko, 9002 Stone Creek Pl, Dallas, TX 75243-6213 |
| 23127957 | + | Allegheny Casualty Company, 1 Newark Ctr Fl 20, Newark, NJ 07102-5219 |
| 23127966 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23127971 | + | Fbt/imprint, PO Box #2047, New York, NY 10013-0882 |
| 23127972 | + | Gaspard & Menon Construction, LLC, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127973 | + | Gaspard Properties LLC, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127974 | + | Gaspard Roofing, LLC, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127975 | | Harco National Insurance Company, 701 Golf Road, Suite 1-600, Rolling Meadows, IL 60008 |
| 23127976 | + | Imprint, PO Box 121916, Dallas, TX 75312-1916 |
| 23127978 | + | Jonathan David Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127981 | + | Laura Oglesby Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127986 | + | QXO, Inc, 5 American Lane, Greenwich, CT 06831-2551 |
| 23127987 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23127989 | + | Sedmore Properties, LLC, 9002 Stone Creek Pl, Dallas, TX 75243-6213 |
| 23127991 | + | Suneel Menon, 6204 Pleasant Run Rd, Colleyville, TX 76034-3113 |
| 23127995 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 23127998 | + | Webbank, PO Box 842978, Dallas, TX 75284-2978 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Jan 14 2026 21:47:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | | Email/Text: laurie.rea@txitrustee.com | Jan 14 2026 21:48:00 | Laurie Dahl Rea, Rochelle McCullough LLP, 300 Throckmorton Street, Ste 520, Fort Worth, TX 76102 |
| 23127956 | + | Email/Text: bankruptcy@advancial.org | Jan 14 2026 21:48:00 | Advancial FCU, 1845 Woodall Rodgers Fwy, Dallas, TX 75201-2233 |
| 23127959 | + | EDI: GMACFS.COM | Jan 15 2026 02:43:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 23127958 | + | EDI: GMACFS.COM | Jan 15 2026 02:43:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 23127961 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:49:56 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 23127960 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:50:02 | American Express, PO Box 001, Los Angeles, CA 90096-0001 |
| 23127962 | + | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 21:50:02 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |

Case 26-40189-mxm7   Doc 8   Filed 01/16/26   Entered 01/16/26 23:22:20   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0539-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 309A | Total Noticed: 47 |

| ID | Code | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 23127963 | ^ MEBN | | Jan 14 2026 21:44:02 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23127964 | + EDI: TSYS2 | | Jan 15 2026 02:43:00 | Barclays, PO Box 1337, Philadelphia, PA 19105 |
| 23127965 | + EDI: TSYS2 | | Jan 15 2026 02:43:00 | Barclays Card, PO Box 8803, Wilmington, DE 19899-8803 |
| 23127967 | + EDI: CAPITALONE.COM | | Jan 15 2026 02:43:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23127968 | + EDI: JPMORGANCHASE | | Jan 15 2026 02:43:00 | Chase Bank - Business Card, PO Box 15145, Wilmington, DE 19850-5145 |
| 23127969 | + EDI: CITICORP | | Jan 15 2026 02:43:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23127970 | + EDI: CITICORP | | Jan 15 2026 02:43:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23127977 | + EDI: IRS.COM | | Jan 15 2026 02:43:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23127979 | + EDI: JPMORGANCHASE | | Jan 15 2026 02:43:00 | JP Morgan Chase Bank, 270 Park Ave., New York, NY 10017-2070 |
| 23127980 | Email/Text: customerservice.us@klarna.com | | Jan 14 2026 21:47:00 | Klarna, 629 N. High St. Suite 300, Columbus, OH 43215 |
| 23127982 | + Email/Text: dallas.bankruptcy@LGBS.com | | Jan 14 2026 21:48:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23127983 | + Email/Text: dallas.bankruptcy@LGBS.com | | Jan 14 2026 21:48:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23127984 | + Email/Text: lamiller@mcelroymetal.com | | Jan 14 2026 21:48:00 | McElroy Metal, PO Box 1148, Shreveport, LA 71163-1148 |
| 23127985 | + Email/Text: emccain@pbfcm.com | | Jan 14 2026 21:47:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23127988 | ^ MEBN | | Jan 14 2026 21:43:39 | Roundpoint Mortgage, PO Box 19409, Charlotte, NC 28219-9409 |
| 23127990 | Email/Text: pacer@cpa.state.tx.us | | Jan 14 2026 21:48:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23127992 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | | Jan 14 2026 21:47:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23127993 | + Email/Text: bankruptcyclerk@tabc.texas.gov | | Jan 14 2026 21:48:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23127994 | + Email/Text: collections.pacer@twc.texas.gov | | Jan 14 2026 21:48:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23127996 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | Jan 14 2026 21:48:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23127997 | + Email/Text: bankruptcy@webbank.com | | Jan 14 2026 21:47:00 | Webbank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |
| 23127999 | + EDI: WFAUTO | | Jan 15 2026 02:43:00 | Wells Fargo Auto, PO Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0539-4 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 14, 2026 | Form ID: 309A | Total Noticed: 47 |

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 23128000 | *+ | Yulia Lukyanchenko, 9002 Stone Creek Pl, Dallas, TX 75243-6213 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026　　　　　　　　　Signature:　　/s/Gustava Winters