Certificate Number: 17572-TXN-DE-040570254

Bankruptcy Case Number: 26-40189



17572-TXN-DE-040570254

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2026, at 10:26 o'clock AM PST, Yulia Lukyanchenko completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: February 1, 2026

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor