IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-40189 |
| | § | (Chapter 13) |
| YULIA LUKYANCHENKO | § | |
| AKA YULIYA LUKYANCHENKO | | |
| JARED MORGAN | | |

### NOTICE OF APPEARANCE ON BEHALF OF TH MSR HOLDINGS LLC

Please take notice that the undersigned attorney hereby appears as counsel for TH MSR Holdings LLC, pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address:

Trenita J. Stewart
TROMBERG, MILLER, MORRIS & PARTNERS, PLLC
6080 Tennyson Parkway Suite 100
Plano, TX 75024
Telephone: 972-532-0128
Facsimile: 214-291-5507
tjstewart@mgs-legal.com

Respectfully submitted,

*/s/ Trenita J. Stewart*
Trenita J. Stewart
State Bar No: 24135040
tjstewart@mgs-legal.com
TROMBERG, MILLER, MORRIS & PARTNERS, PLLC
6080 Tennyson Parkway Suite 100
Plano, TX 75024
Phone: 972-532-0128
Fax: 214-291-5507
*Attorney for TH MSR Holdings LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 3rd day of February 2026.

*/s/ Trenita J. Stewart*
**TRENITA J. STEWART**

**Via Pre-Paid U.S. Mail:**

Yulia Lukyanchenko
9002 Stone Creek Pl
Dallas , TX 75243
Debtor(s)

Jared Morgan
9002 Stone Creek Pl
Dallas , TX 75243
Debtor(s)

**Via ECF:**

Clayton Everett
515 E. Border St.
Ste 163
Arlington, TX 76010
Attorney for Debtor(s)

Laurie Dahl Rea
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102
Chapter 13 Trustee

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
U.S. Trustee