### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | ) ) ) ) | Case No. 26-40189 |
| JARED MORGAN AND YULIA LUKYANCHENKO,[1] | ) ) ) ) | Chapter 7 |
| Debtors. | ) ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that James D. Ewing of the law firm Dry Law, PLLC enters an appearance in this proceeding as attorney-of-record for Harco National Insurance Company and International Fidelity Insurance Company (collectively the "Surety").  Pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bank. P. 2002(a), (b), (m), 3017(a), and 9013, the undersigned hereby requests that notice and copies of all documents filed in the above-referenced proceeding, including without limitation any motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, proposed disclosure statements or plans of reorganization that have been filed with the Court, or any other document filed in the above-referenced proceeding, be sent to the undersigned at the following address:

James D. Ewing
**DRY LAW, PLLC**
909 18th Street
Plano, Texas 75074
(972) 797-9510 Telephone
(972) 797-9510 Facsimile
jewing@drylaw.com

This request includes all notices, copies and pleadings referred to in 11 U.S.C. §1109(b) or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, hearings, motions, demands, disclosure statements, plans of

---

[1] The Debtors in this chapter 7 case, along with the last four digits of Debtors' Social Security Numbers, are: Jared Morgan (0698); and Yulia Lukyanchenko (8886). Debtors' location is 9002 Stone Creek Pl, Dallas, TX 75243.

reorganization, complaints, petitions, schedules, statement of financial affairs, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

RESPECTFULLY SUBMITTED this 5th day of March, 2026.

>
> */s/ James D. Ewing*
> James D. Ewing
> Texas State Bar No. 24086997
> **DRY LAW, PLLC**
> 909 18th Street
> Plano, TX 75074
> (972) 797-9510 Telephone
> (972) 797-9510 Facsimile
> jewing@drylaw.com
>
> ***ATTORNEY FOR THE SURETY***

## CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2026, a true and correct copy of the foregoing document was filed and served by the Electronic Case Filing System for the Northern District of Texas on those parties registered to receive electronic notice.

> */s/ James D. Ewing*
> James D. Ewing