NORRED LAW, PLLC
Clayton L. Everett
Texas State Bar No. 24065212
515 E. Border Street
Arlington, Texas 76010
(817) 704-3984/clayton@norredlaw.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:

Jared Morgan and
Yulia Lukyanchenko

Debtors

Case No. 26-40189-mxm

Chapter 7

## DEBTORS' MOTION TO DELAY ENTRY OF DISCHARGE

COMES NOW, Jared Morgan and Yulia Lukyanchenko ("Debtors") in the above-captioned bankruptcy proceeding and move the Court to delay the entry of discharge until May 20, 2026, to allow for the filing of a reaffirmation agreement between the Debtors and Wells Fargo Auto ("Creditor"), concerning Debtors' 2022 Ram 1500. The Debtors would show the following:

1.      On January 14, 2026, Debtors filed this chapter 7 bankruptcy case.

2.      The first date set for the meeting of creditors under 11 § U.S.C. 341 was on February 17, 2026.

3.      On February 17, 2026, the meeting of creditors was held and concluded.

4.      A discharge order is expected to be issued on or about April 20, 2026 (a date which is 60 days from the date of the meeting of creditors).

5.      Debtors wish to reaffirm their 2022 Ram 1500 with the Creditor and have requested that Creditor provide a reaffirmation agreement for that purpose. However, the Creditor and Debtor

---

Debtors' Motion to Delay Entry of Discharge                                                      1

are still in the process of entering into the agreement and need additional time to verify the terms of the reaffirmation agreement.

6.      Debtors request that the entry of discharge be delayed for the purpose of extending the time to file a reaffirmation agreement with Creditor. See FRBP 4004(c)(1)(J) and (c)(2).

7.      Under FRBP 4004(c)(2), on motion by the debtors, the court may defer the entry of a discharge order for 30 days and, upon further motion, may defer the entry of the order to a date certain.

8.      For these reasons, Debtors ask the Court to delay discharge until May 20, 2026, which will allow the parties sufficient time to execute and file the contemplated reaffirmation agreement in a timely manner.

Respectfully submitted,

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984;
Fax: (817) 524-6686
ATTORNEY FOR DEBTORS

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 20, 2026, a true and correct copy of the foregoing Motion for Delay of Discharge has been served on the following parties in interest either electronically or by first class U.S. Mail in compliance with Federal and Local Rules of Bankruptcy Procedure:

*Via CM/ECF to Chapter 7 Trustee*:
Laurie Dahl Rea
Rochelle McCullough LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102

*Via CM/ECF to Creditor*:
Wells Fargo Auto
P.O. Box 5265
Sioux Falls, SD 57117-5265

*Via CM/ECF to United States Trustee*:
1100 Commerce Street, Room 976
Dallas, Texas 75242-1699

/s/ Clayton L. Everett