IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:

Jared Morgan and
Yulia Lukyanchenko

Debtors

Case No. 26-40189-mxm

Chapter 7

## ORDER GRANTING MOTION TO DELAY ENTRY OF DISCHARGE

Before the Court is the Debtors' Motion to Delay Entry of Discharge (Doc.   ). In the Motion, the Debtors ask the Court to delay entry of discharge until May 20, 2026 (Date Requested). Under Bankruptcy Rule 4004(c)(2), the Court may defer entry of the discharge order for up to 30 days on motion of the debtors. Based on Debtors' motion, the Court considers the initial 30 day delay sufficient to accomplish the purposes for which the deferral is requested. In order to administer the bankruptcy case in a just, expeditious and consistent manner, the Court will defer entry of discharge to May 20, 2026. This delay of entry of discharge is granted without prejudice to the secured

creditors seeking relief from stay.  Upon an additional motion to delay entry of discharge, the Court may grant an additional delay.

Therefore, the Court finds that the entry of discharge should be delayed to May 20, 2026.

ACCORDINGLY, IT IS THEREFORE ORDERED that the entry of discharge is delayed until May 20, 2026.

**# # # End of Order # # #**


Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: 817-524-6686
ATTORNEY FOR DEBTORS