

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 21, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:

Jared Morgan and
Yulia Lukyanchenko

         Debtors

Case No. 26-40189-mxm

Chapter 7

## ORDER GRANTING MOTION TO DELAY ENTRY OF DISCHARGE

Before the Court is the Debtors' Motion to Delay Entry of Discharge (Doc. 17). In the

Motion, the Debtors ask the Court to delay entry of discharge until May 20, 2026 (Date Requested).

Under Bankruptcy Rule 4004(c)(2), the Court may defer entry of the discharge order for up to 30

days on motion of the debtors. Based on Debtors' motion, the Court considers the initial 30 day

delay sufficient to accomplish the purposes for which the deferral is requested. In order to administer

the bankruptcy case in a just, expeditious and consistent manner, the Court will defer entry of

discharge to May 20, 2026. This delay of entry of discharge is granted without prejudice to the

secured creditors seeking relief from stay.  Upon an additional motion to delay entry of discharge,

the Court may grant an additional delay.

Therefore, the Court finds that the entry of discharge should be delayed to May 20, 2026.

ACCORDINGLY, IT IS THEREFORE ORDERED that the entry of discharge is delayed

until May 20, 2026.

### # # # End of Order # # #

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: (817) 704-3984; Fax: 817-524-6686
ATTORNEY FOR DEBTORS