# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

In re:

Jared Morgan and
Yulia Lukyanchenko

        Debtors

Case No. 26-40189-mxm

Chapter 7

## ORDER GRANTING DEBTORS' SECOND MOTION TO DELAY ENTRY OF DISCHARGE AND REQUEST FOR STATUS CONFERENCE

Before the Court is the *Debtors' Second Motion to Delay Entry of Discharge and Request for Status Conference* (Doc. ). In the Motion, the Debtors ask the Court to delay entry of discharge until June 20, 2026 (Date Requested) and hold a status conference prior to the Date Requested. Under Bankruptcy Rule 4004(c)(2), the Court may defer entry of the discharge order for up to 30 days on motion of the debtors. Based on Debtors' motion, the Court considers the second 30-day delay sufficient to accomplish the purposes for which the deferral is requested. In order to administer the bankruptcy case in a just, expeditious and consistent manner, the Court will defer entry of

discharge to June 20, 2026. This delay of entry of discharge is granted without prejudice to the secured creditors seeking relief from stay.  Upon an additional motion to delay entry of discharge, the Court may grant an additional delay.

Therefore, the Court finds that the entry of discharge should be delayed to June 20, 2026.

ACCORDINGLY, IT IS THEREFORE ORDERED that the entry of discharge is delayed until June 20, 2026, or until the conclusion of the status conference ordered herein, whichever is later, unless further extended by further order of this Court.

IT IS FURTHER ORDERED that a status conference is scheduled in this matter on _____, 2026, at _____ ____.m. Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and/or WebEx Link: https://us-courts.webex.com/meet/mullin, so that Debtors, Wells Fargo Auto, and any other necessary parties may address the status of the reaffirmation agreement and determine what further action is required before entry of discharge. The Court may further extend the deadline for entry of discharge at the status conference without the need for a further written motion by the Debtors. Parties attending the hearing electronically should consult the Court's notice found at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy.

### # # # End of Order # # #

Respectfully submitted by:

/s/ Clayton L. Everett
Clayton L. Everett, TX 24065212;
Norred Law, PLLC
515 E. Border St., Arlington, TX 76010
clayton@norredlaw.com
Tel: 817-704-3984; Fax: 817-524-6686
ATTORNEY FOR DEBTORS