United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-40189-mxm |
| Jared Morgan | Chapter 7 |
| Yulia Lukyanchenko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2026 | Form ID: 318 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared Morgan, Yulia Lukyanchenko, 9002 Stone Creek Pl, Dallas, TX 75243-6213 |
| 23127957 | + | Allegheny Casualty Company, 1 Newark Ctr Fl 20, Newark, NJ 07102-5219 |
| 23127966 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23127971 | + | Fbt/imprint, PO Box #2047, New York, NY 10013-0882 |
| 23127972 | + | Gaspard & Menon Construction, LLC, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127973 | + | Gaspard Properties LLC, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127974 | + | Gaspard Roofing, LLC, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127975 | | Harco National Insurance Company, 701 Golf Road, Suite 1-600, Rolling Meadows, IL 60008 |
| 23127976 | + | Imprint, PO Box 121916, Dallas, TX 75312-1916 |
| 23127978 | + | Jonathan David Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127981 | + | Laura Oglesby Gaspard, 1532 Tiffany Forest Ln, Grapevine, TX 76051-6650 |
| 23127986 | + | QXO, Inc, 5 American Lane, Greenwich, CT 06831-2551 |
| 23127987 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23127989 | + | Sedmore Properties, LLC, 9002 Stone Creek Pl, Dallas, TX 75243-6213 |
| 23127991 | + | Suneel Menon, 6204 Pleasant Run Rd, Colleyville, TX 76034-3113 |
| 23127995 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 25 2026 01:41:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: WFFC2 | Jun 25 2026 01:41:00 | WELLS FARGO AUTO, Bankruptcy Dept, PO BOX 169005, IRVING, TX 75016-9005 |
| 23127956 | + | Email/Text: bankruptcy@advancial.org | Jun 24 2026 21:53:00 | Advancial FCU, 1845 Woodall Rodgers Fwy, Dallas, TX 75201-2233 |
| 23139337 | + | EDI: AISACG.COM | Jun 25 2026 01:41:00 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23127959 | + | EDI: GMACFS.COM | Jun 25 2026 01:41:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 23127958 | + | EDI: GMACFS.COM | Jun 25 2026 01:41:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 23127961 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2026 22:01:34 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 23127960 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2026 22:01:45 | American Express, PO Box 001, Los Angeles, CA 90096-0001 |
| 23127962 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2026 22:01:34 | American Express Travel Related Services, Attn: |

District/off: 0539-4                          User: admin                                        Page 2 of 3

Date Rcvd: Jun 24, 2026                       Form ID: 318                                        Total Noticed: 48

| ID | Flag | Method | Date | Recipient |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 23127963 | ^ | MEBN | Jun 24 2026 21:50:55 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23127964 | + | EDI: TSYS2 | Jun 25 2026 01:41:00 | Barclays, PO Box 1337, Philadelphia, PA 19105 |
| 23127965 | + | EDI: TSYS2 | Jun 25 2026 01:41:00 | Barclays Card, PO Box 8803, Wilmington, DE 19899-8803 |
| 23127967 | + | EDI: CAPITALONE.COM | Jun 25 2026 01:41:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23127968 | + | EDI: JPMORGANCHASE | Jun 25 2026 01:41:00 | Chase Bank - Business Card, PO Box 15145, Wilmington, DE 19850-5145 |
| 23127969 | + | EDI: CITICORP | Jun 25 2026 01:41:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23127970 | + | EDI: CITICORP | Jun 25 2026 01:41:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23127977 | + | EDI: IRS.COM | Jun 25 2026 01:41:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23127976 | ^ | MEBN | Jun 24 2026 21:52:54 | Imprint, PO Box 121916, Dallas, TX 75312-1916 |
| 23127979 | + | EDI: JPMORGANCHASE | Jun 25 2026 01:41:00 | JP Morgan Chase Bank, 270 Park Ave., New York, NY 10017-2070 |
| 23127980 | | Email/Text: customerservice.us@klarna.com | Jun 24 2026 21:52:00 | Klarna, 629 N. High St. Suite 300, Columbus, OH 43215 |
| 23127982 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 24 2026 21:53:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23127983 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 24 2026 21:53:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23127984 | + | Email/Text: lamiller@mcelroymetal.com | Jun 24 2026 21:52:00 | McElroy Metal, PO Box 1148, Shreveport, LA 71163-1148 |
| 23127985 | + | Email/Text: emccain@pbfcm.com | Jun 24 2026 21:52:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23127988 | ^ | MEBN | Jun 24 2026 21:51:41 | Roundpoint Mortgage, PO Box 19409, Charlotte, NC 28219-9409 |
| 23127990 | | Email/Text: pacer@cpa.state.tx.us | Jun 24 2026 21:53:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23127992 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 24 2026 21:52:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23127993 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 24 2026 21:53:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23127994 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 24 2026 21:53:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23127996 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 24 2026 21:52:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23127997 | + | Email/Text: bankruptcy@webbank.com | Jun 24 2026 21:52:00 | Webbank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |
| 23127998 | ^ | MEBN | Jun 24 2026 21:52:19 | Webbank, PO Box 842978, Dallas, TX 75284-2978 |
| 23127999 | + | EDI: WFAUTO | Jun 25 2026 01:41:00 | Wells Fargo Auto, PO Box 71092, Charlotte, NC 28272-1092 |

District/off: 0539-4            User: admin            Page 3 of 3

Date Rcvd: Jun 24, 2026            Form ID: 318            Total Noticed: 48

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23128000 | *+ | Yulia Lukyanchenko, 9002 Stone Creek Pl, Dallas, TX 75243-6213 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Jared Morgan clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Joint Debtor Yulia Lukyanchenko clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| James Ewing | on behalf of Creditor International Fidelity Insurance Company jewing@drylaw.com  filings@drylaw.com |
| James Ewing | on behalf of Creditor Harco National Insurance Company jewing@drylaw.com  filings@drylaw.com |
| Laurie Dahl Rea | trusteelaurierea@gmail.com  TX83@ecfcbis.com;tandi.levario@romclaw.com;ecf.alert+ReaTXNB@titlexi.com |
| Trenita Jackson Stewart | on behalf of Creditor TH MSR Holdings LLC tjstewart@mgs-legal.com  bankruptcy@mgs-legal.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 7

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Jared Morgan | Social Security number or ITIN   xxx–xx–0698 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Yulia Lukyanchenko | Social Security number or ITIN   xxx–xx–8886 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   26–40189–mxm7 | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jared Morgan

Yulia Lukyanchenko
aka Yuliya Lukyanchenko

6/24/26

**By the court:**   Mark X. Mullin
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2